UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **KAYLA SOUTH,**<br>     Plaintiff,<br><br>v.<br><br>**ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al.,**<br>     Defendants. | Case No. 4:23-cv-675-CLM |

## FINAL ORDER

For the reasons stated in the accompanying order and the court's order deferring ruling on Plaintiff Kayla South's motion for leave to appear in forma pauperis (doc. 7), the court **DISMISSES** this case **WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e).

Costs taxed as paid.

The court **DIRECTS** the Clerk of Court to close this case.

**Done** and **Ordered** on December 13, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE